UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

JOHN T. AMRHEIN,
    Plaintiff,

v.                              CA NO. 07-10159-RWZ

PAUL DIGIAMPIETRO, MICHAEL
O'BRIEN, MICHAEL LANK
AND EDWARD CALLERY,
    Defendants

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the above action is hereby dismissed with prejudice and without costs as to all parties with regard to all claims or cross-claims.

| Plaintiffs, | Defendants, |
|---|---|
| By his Attorney, | By Their Attorney, |
| /s/*Valeriano Diviacchi* | /s/*Regina M. Ryan* |
| Valeriano Diviacchi, BBO#555940 | Regina M. Ryan, BBO# 565246 |
| 111 Beach Street, #1A | Louison, Costello, Condon & Pfaff, LLP |
| Boston, MA 02111-2532 | 67 Batterymarch Street |
| (617) 542-3175 | Boston, MA 02110 |
| | (617) 439-0305 |

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 7th day of May, 2008, I served the foregoing by causing a copy directed electronically to Valeriano Diviacchi, Diviacchi Law Office, 111 Beach Street, #1A, Boston, MA 02111.

/s/*Regina M. Ryan*

Regina M. Ryan